# DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03-CR-71-5

|                            |   |        |
|----------------------------|---|--------|
| **UNITED STATES OF AMERICA** | ) |        |
|                            | ) |        |
| v.                         | ) | ORDER  |
|                            | ) |        |
| **DAVID RICHARD REEVES (5)** | ) |        |
|                            | ) |        |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The Order docketed on September 22, 2011 [doc. 233] contains a clerical error. **THEREFORE, IT IS ORDERED** that said Order [doc. 233] is hereby **RESCINDED.**

SO ORDERED.                    Signed: September 23, 2011

Graham C. Mullen
United States District Judge