# UNITED STATES DISTRICT COURT FOR
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:03-CR-71-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DAVID RICHARD REEVES** | ) | |

The matter is before the Court upon its own motion. The order filed on November 14, 2011 was filed in error and is hereby VACATED.

IT IS SO ORDERED.

Signed: November 22, 2011

Graham C. Mullen
United States District Judge